UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: WOODVINE PARTNERS, LLC V MIRACLE RESTAURANT GROUP LLC
CIVIL ACTION

NO. 25-1056 R (3)

Bankruptcy No. 24-11158

NOTICE OF PARTIES - BANKRUPTCY APPEALS TO DISTRICT COURT

A Notice of Appeal in the above-captioned case has been entered on the docket of the United States District Court for the Eastern District of Louisiana on 5/29/2025. The documents comprising the complete record were transmitted from the bankruptcy court and have been entered on the docket of the United States District Court for the Eastern District of Louisiana on 7/11/2025.

Your attention is called to Bankruptcy Rule 8018, which provides that "the appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically; appellee must serve and file a brief within 30 days after service of the appellant's brief; the appellant may serve and file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled arguments unless the district court, for good cause, allows a later filing."

Please note that all pleadings should include both the bankruptcy proceeding number and the civil action number.

CAROL L. MICHEL, CLERK

By: