UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 2:25-cv-01056-SSV-EJD |
| MIRACLE RESTAURANT GROUP, LLC, | * | |
| | * | |
| DEBTOR. | * | Bankruptcy No. 24-11158 |
| | * | |
| * * * * * * * * * * * * * * * * | | |

## JOINT EX PARTE MOTION TO WITHDRAW APPEAL

NOW INTO COURT, through undersigned counsel, come Woodvine Partners, LLC ("Woodvine") and Miracle Restaurant Group, LLC ("Miracle") which file this *Joint Ex Parte Motion To Withdraw Appeal* as follows:

Woodvine and Miracle reached a settlement in this matter, such that the captioned case which is on appeal from the United States Bankruptcy Court for the Eastern District of Louisiana is moot. A Settlement Stipulation has been executed by Woodvine and Miracle in *In re: Miracle Restaurant Group, LLC*, No. 24-11158, pending in the United States Bankruptcy Court for the Eastern District of Louisiana. Accordingly, Woodvine and Miracle request that a dismissal with prejudice of the appeal in the captioned case be granted.

WHEREFORE, Woodvine Partners, LLC and Miracle Restaurant Group, LLC pray that this honorable Court grant their *Joint Ex Parte Motion To Withdraw Appeal* and for such other and further relief as this Court deems proper.

Respectfully submitted,

/s/ Leann O. Moses
William T. Finn (La. Bar No. 1359)
Leann O. Moses (La. Bar No. 19439)
David F. Waguespack (La. Bar No. 21121)
Charles M. Meeks (La. Bar No. 40448)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Telecopier: (504) 585-3801
finn@carverdarden.com
moses@carverdarden.com
waguespack@carverdarden.com
meeks@carverdarden.com

*Attorneys for Appellant, Woodvine Partners, LLC*


/s/ Michael E. Landis
Douglas S. Draper, La. Bar No. 5073
Greta M. Brouphy, La. Bar No. 26216
Michael E. Landis, La. Bar No. 36542
**HELLER, DRAPER & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
ddraper@hellerdraper.com
gbrouphy@hellerdraper.com
mlandis@hellerdraper.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Joint Ex Parte Motion to Withdraw Appeal* has been duly served upon all counsel of record by operation of the Court's electronic filing system on this 11th day of December 2025 as follows:

Amanda Burnette George
amanda.b.george@usdoj.gov

2

David F. Waguespack
waguespack@carverdarden.com, plaisance@carverdarden.com

Douglas Scott Draper
ddraper@hellerdraper.com, dhepting@hellerdraper.com, mlandis@hellerdraper.com, vgamble@hellerdraper.com

Greta Manning Brouphy
gbrouphy@hellerdraper.com, esixkiller@hellerdraper.com, vgamble@hellerdraper.com

Leann Opotowsky Moses
moses@carverdarden.com, craft@carverdarden.com, docket@carverdarden.com, langley@carverdarden.com

Michael Edward Landis
mlandis@hellerdraper.com, dhepting@hellerdraper.com, vgamble@hellerdraper.com

William Thomas Finn
finn@carverdarden.com, langley@carverdarden.com

                                    */s/ Leann O. Moses*
                                    Leann O. Moses