UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | * |
| | *  CASE NO. 2:25-cv-01056-SSV-EJD |
| MIRACLE RESTAURANT GROUP, LLC, | * |
| | * |
| DEBTOR. | *  Bankruptcy No. 24-11158 |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing *Joint Ex Parte Motion To Withdraw Appeal* filed by Woodvine Partners, LLC and Miracle Restaurant Group, LLC.

**IT IS HEREBY ORDERED** that the *Joint Ex Parte Motion To Withdraw Appeal* is **GRANTED**.

New Orleans, Louisiana, this _____ day of December, 2025.

_____
JUDGE

4922-5591-7951, v. 1